UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUGENE FLINN,<br>        Plaintiff<br><br>V.<br><br>MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY, AND SECURIAN FINANCIAL GROUP, INC.,<br>        Defendants | CIVIL ACTION NO.<br>1:18-CV-10868-WGY |

## **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that said action be dismissed with prejudice, without costs as to either party, and waiving all rights of appeal.

| EUGENE FLINN | MINNESOTA LIFE INSURANCE COMPANY, SECURIAN LIFE INSURANCE COMPANY, AND SECURIAN FINANCIAL GROUP, INC. |
|---|---|
| By his attorneys, | By their attorneys, |
| /s/ Peter J. Riordan<br>Peter J. Riordan, BBO# 658851<br>Christopher M. Jantzen, BBO# 545489<br>Christina A. Madek, BBO# 666495<br>JANTZEN & ASSOCIATES, P.C.<br>4 Liberty Square 7th Floor<br>Boston, MA 02109<br>617-457-1919<br>priordan@js-law.com<br>cjantzen@js-law.com<br>cmadek@js-law.com | /s/ Joan O. Vorster<br>Joan O. Vorster, Esq., BBO #550375<br>Kevin Kam, Esq., BBO #685846<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502<br>jvorster@mirickoconnell.com<br>kkam@mirickoconnell.com |

Dated: September 6, 2019

2

## CERTIFICATE OF SERVICE

    I, Joan O. Vorster, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 6, 2019.

                                      /s/ Joan O. Vorster
                                      Joan O. Vorster, Esq.